701 A.2d 1342

**Samuel KRAUSZ and Judith Krausz, h/w, Petitioners,**

**v.**

**FINE HOTELS CORP., Ind. and d/b/a Days Inn Hotel and Hospitality Franchise System Corp., Ind. and d/b/a Days Inn Hotel, Respondent.**

Supreme Court of Pennsylvania.

Oct. 7, 1997.

544

Bruce Martin Ginsburg, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

**AND NOW**, this 7th day of October, 1997, we **GRANT** the Petition for Allowance of Appeal. We **REVERSE** the Order of the Superior Court affirming the Order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to Lancaster County. We **RE-MAND** this matter to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this Court's Opinion in *Cheeseman v. Lethal Exterminator, Inc. and Forman v. Rossman, et al.,* 549 Pa. 200, 701 A.2d 156 (1997).